# Exhibit 1

TO: Centers for Disease Control and Prevention, FOIARequests@cdc.gov

REQUESTER INFORMATION
**Name:** Kendall Taggart
**Affiliation:** Bloomberg News
**Address:**
**Email:** ktaggart4@bloomberg.net
**Work Phone:**

DATE SUBMITTED: March 13, 2024

On behalf of myself and Bloomberg News, this is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

RECORDS SOUGHT

We are seeking records in the CDC's possession that describe the donation of oocytes for use in assisted reproductive technology treatments.

The records are part of the CDC's national Assisted Reproductive Technology surveillance data.[1]

This request is limited to records from January 1, 2017 to the date the search for responsive records is conducted.

Pooja Gala in the CDC Division of Media Relations confirmed that responsive records exist. They are also described in the Federal Register.[2]

Specifically, we are requesting records that include but are not limited to the following fields. For each cycle, please provide:
- Year
- Facility/Clinic ID
- Facility Name
- Facility Address
- Oocyte Source Information
  - Age
  - Country of residence
- Race

---
[1]
https://nccd.cdc.gov/drh_art/rdPage.aspx?rdReport=DRH_ART.ClinicInfo&rdRequestForward=True&ClinicId=9999&ShowNational=1#rdTabPanel-tab5
[2]
https://www.federalregister.gov/documents/2022/06/10/2022-12528/reporting-of-pregnancy-success-rates-from-assisted-reproductive-technology-art-programs-proposed

- Intended Cycle Information
  - Intended type of cycle (IVF, GIFT, ZIFT, Oocyte or embryo banking)
  - Intended Oocyte Source (Patient, Donor)
- Cycle Information
  - Type of Cycle (IVF, GIFT, ZIFT, Oocyte or embryo banking)
  - Embryo Source (Patient, Donor)
- Patient History
  - Height
  - Weight
  - History of Prior ART (Fresh & Frozen)
  - Maximum FSH Level (mIU/mL)
  - Recent AMH Level (ng/mL)
  - Date of most recent AMH Level
- Details of Stimulation and Retrieval
  - Stimulation protocol (e.g. use of hCG medication, GnRH agonist suppression, GnRH antagonist suppression, etc.)
  - manipulations with oocytes/embryos;
  - cycle cancellation and reason (if applicable)
  - complications (if applicable)
  - Number of patient oocytes retrieved
  - Number of donor oocytes retrieved
  - Use of oocytes (e.g. Oocytes shared with other patients)
- Number of oocytes/embryos cryopreserved

Additional fields responsive to this request are noted in the Federal Register, although this may not be a comprehensive list.[3]

Please provide a data dictionary that describes each of the fields in the database.

Please note that we are NOT requesting data that could be used to identify individual people. Researchers who have worked with this data have told us that the database is focused on cycles and does not contain any personally identifiable information.

We are aware that the CDC sometimes enters into Assurances of Confidentiality when collecting data from institutions.[4] To the extent that an AOC exists regarding these records, please note that this does not exempt them from disclosure under FOIA and the Privacy Act. According to the System of Record Notice 09-20-0106, for example, records subject to an AOC can be disclosed for research purposes.[5]  These records will be used for research purposes to write a news story for Bloomberg News about assisted reproductive technology.

---

3

https://www.federalregister.gov/documents/2015/08/26/2015-21108/reporting-of-pregnancy-success-rates-from-assisted-reproductive-technology-art-programs

[4] https://www.cdc.gov/os/integrity/confidentiality/index.htm

[5] https://www.hhs.gov/foia/privacy/sorns/09200106/index.html

If you believe any of the records are exempt from disclosure, please segregate the releasable portions and provide those to us promptly. Please cite the statues you are relying upon to withhold other records.

**Reasonably Foreseeable Harm**.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—
(i) withhold information under this section only if—
(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or
(II) disclosure is prohibited by law; and
(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and
(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

The CDC should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

FORMAT
I request that the CDC produce responsive records in the native electronic format in which they were created. I request that data be made available in computer-readable formats such as CSV, XLS, JSON, or XML.

To the extent that CDC is unable to produce the responsive records in the requested format, I request confirmation that the record does not exist in a computer-readable format and production of the documents in the following format, listed in order of our preference: (1) PDF format; or (2) paper copy.

REQUEST FOR EXPEDITED PROCESSING

Expedited processing is appropriate here because a "compelling need" exists for disclosure of the requested information under  5 U.S.C. § 552(a)(6)(E)(i)(I). With respect to a request made by a person primarily engaged in disseminating information to the public, a compelling need exists when there is "an urgent need to inform the public about an actual or alleged Federal Government activity." 45 C.F.R. §5.27(b)(2).

In multiple reports in academic research, news stories articles, and social media posts, some oocyte donors have reported severe health consequences resulting from the procedure. Please see, for example:

● Egg donor self-reports of ovarian hyperstimulation syndrome: severity by trigger type, oocytes retrieved, and prior history, 2023, Journal of Assisted Reproduction and Genetics https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10310641/

- Survey of egg donors on the prevalence of ovarian hyperstimulation syndrome: https://www.linkedin.com/pulse/egg-donation-reporting-discrepancies-medical-issues-we ndy-kramer-mu0rc%3FtrackingId=qfhbBjmvTim7Z2fkCTB0Rg%253D%253D/
- 'We simply don't know': Egg donors face uncertain long-term risks https://www.statnews.com/2017/01/28/egg-donors-risks/

Yet there is little information in the public domain about the severity and prevalence of these symptoms. The most recent study using CDC data only covered data up through 2015, nearly a decade ago.[6] But in recent years there has been a rapid increase in the number of health facilities encouraging women to freeze their eggs.

Given this dearth of information, there is an urgent need to inform the public about the records in the CDC's possession.

I certify that the information provided is true and request to the best of the requester's knowledge and belief.

## FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I ask that the fees be waived because I am a reporter for Bloomberg News, and any information produced to me in response to this request will be used to inform the public.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial interest, as I am seeking the records as a journalist to analyze and freely release information to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes.

Thank you for your time and attention to this request.

Sincerely,


Kendall Taggart

---

[6] https://pubmed.ncbi.nlm.nih.gov/32680613/

| | |
|---|---|
| **From:** | Kendall Taggart (BLOOMBERG/ NEWSROOM/) |
| **Sent:** | Wed, 13 Mar 2024 22:26:50 -0000 |
| **To:** | FOIA Requests (CDC) |
| **Subject:** | FOIA Request for Assisted Reproductive Technology surveillance data |
| **Attachments:** | CDC FOIA oocyte donor data 2024-03-13.pdf |

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please see the attached request for the CDC's national Assisted Reproductive Technology surveillance data.

Thank you for your time and attention to this request.

Best,

Kendall

Kendall Taggart
Reporter, Bloomberg News

**Exhibit 2**



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**          Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333
March 19, 2024

Kendall Taggart
Reporter
Bloomberg News

Via email: ktaggart4@bloomberg.net

Dear Kendall Taggart:

The Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease
Registry (CDC/ATSDR) received your Freedom of Information Act (FOIA) request dated March
13, 2024. Your request was assigned #24-00809-FOIAand placed in our complex processing
queue.

## Extension of Time
In unusual circumstances, an agency can extend the twenty-working-day limit to respond to a
FOIA request.

We will require an additional ten-working-days to respond to your request because:

X  We reasonably expect to receive and review complex or voluminous records in response to
your request.

To process your request promptly, please consider narrowing the scope of your request to limit
the number of responsive records. If you have any questions or wish to discuss reformulation or
an alternative time frame for the processing of your request, you may contact the analyst
handling your request Ryan Hohl at 404-639-5033 or our FOIA Public Liaison, Roger Andoh at
770-488-6277. Additionally, you may contact the Office of Government Services (OGIS) to
inquire about the FOIA mediation services they offer. The contact information for OGIS is as
follows: Office of Government Information Services; National Archives and Records
Administration; 8601 Adelphi Road-OGIS; College Park, Maryland 20740-6001; e-mail at
ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-
5769.

## Expedited Processing
You requested that we expedite processing your request. Your request is denied because:

X You have failed to show that there is an imminent threat to the life or physical safety of an
individual.

## Fee Category

Page 2 – Kendall Taggart

Because you are considered a "News Media requester," you will not be charged fees unless you choose to receive responsive records in hard copy. (10 cents/page)

**Cut-off-date** If you don't provide us with a date range for your request, the cut-off date for your request will be the date the search for responsive records starts.

## Appeal Rights

You have the right to appeal the agency's expedited processing response to your request. You may file your appeal with the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, via the online portal at https://requests.publiclink.hhs.gov/App/Index.aspx. Your appeal must be electronically transmitted by June 20, 2024.

You may check on the status of your case on our FOIA webpage https://foia.cdc.gov/app/Home.aspx and entering your assigned request number. If you have any questions regarding your request, please contact Ryan Hohl at uls9@cdc.gov.

We reasonably anticipate that you should receive a final response by April 30, 2024. Please know that this date roughly estimates how long it will take the agency to close requests ahead of your request in the queue and complete work on your request. The actual date of completion might be before or after this estimated date.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
(770) 488-6399
Fax: (404) 235-1852

24-00809-FOIA

**Exhibit 3**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333
April 10, 2024

Kendall Taggart
Bloomberg News

Via email: ktaggart4@bloomberg.net

Dear Ms, Taggart:

This letter is regarding to your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request of March 13, 2024, assigned #24-00809-FOIA (copy attached)..

Our office and CDC's Division of Reproductive Health have closely examined your request and discussed how the agency might be able to provide you with information you seek.

Because these records are protected by an Assurance of Confidentiality (AOC) under the Public Health Act Section 308(d), any response to a request under the FOIA for information within these records is necessarily governed by that AOC in compliance with FOIA exemption (b)(3), and by FOIA exemption (b)(6) regarding individual's right to privacy. As such, information we can legally provide under FOIA must be so heavily redacted that it will be of virtually no use to you.

However, the AOC does allow that information on a more summary level may be provided to specially approved guest researchers outside of the FOIA process. Program staff in the Division of Reproductive Health have offered to work with you directly on this process.

We ask that you respond to us and indicate whether you would like to work directly with the subject matter experts in the Division of Reproductive Health. In that event, we will close this FOIA request. In no way will this prevent you from filing future FOIA requests. Alternatively, if you wish to forgo working with the subject matter experts to obtain data and wish to pursue your inquiry under FOIA, please kindly inform us.

I am available to talk with you via phone (770-488-6290) or direct email (LSpencer3@cdc.gov) to discuss any questions you may have.

At this time, your request has been placed on hold until we receive your response. Please send your response to me at LSpencer3@cdc.gov by May 8, 2024, or we will close your request.

Sincerely,

Laura Spencer

Laura Spencer
Team Lead, Disclosure and Analysis
CDC/ATSDR FOIA Office
Office of the Chief Operating Officer
(770) 488-6399
foiarequests@cdc.gov



**Exhibit 4**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**                    Public Health Service

Centers for Disease Control
  and Prevention (CDC)
Atlanta GA 30333

April 23, 2024

Kendall Taggart
Reporter
Bloomberg News

Via email: ktaggart4@bloomberg.net

Dear Ms. Taggart:

This letter is our final response to your Centers for Disease Control and Prevention and Agency
for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA)
request of March 13, 2024, assigned #24-00809-FOIA, for:

    We are seeking records in the CDC's possession that describe the donation of oocytes for
use
in assisted reproductive technology treatments.
The records are part of the CDC's national Assisted Reproductive Technology surveillance
data.1
This request is limited to records from January 1, 2017 to the date the search for responsive
records is conducted.
Pooja Gala in the CDC Division of Media Relations confirmed that responsive records exist.
They are also described in the Federal Register.2
Specifically, we are requesting records that include but are not limited to the following fields.
For
each cycle, please provide:
? Year
? Facility/Clinic ID
? Facility Name
? Facility Address
? Oocyte Source Information
? Age
? Country of residence
? Race
? Intended Cycle Information
? Intended type of cycle (IVF, GIFT, ZIFT, Oocyte or embryo banking)
? Intended Oocyte Source (Patient, Donor)
? Cycle Information
? Type of Cycle (IVF, GIFT, ZIFT, Oocyte or embryo banking)
? Embryo Source (Patient, Donor)
? Patient History
? Height

Page 2 -- Kendall Taggart

? Weight
? History of Prior ART (Fresh & Frozen)
? Maximum FSH Level (mIU/mL)
? Recent AMH Level (ng/mL)
? Date of most recent AMH Level
? Details of Stimulation and Retrieval
? Stimulation protocol (e.g. use of hCG medication, GnRH agonist suppression,
GnRH antagonist suppression, etc.)
? manipulations with oocytes/embryos;
? cycle cancellation and reason (if applicable)
? complications (if applicable)
? Number of patient oocytes retrieved
? Number of donor oocytes retrieved
? Use of oocytes (e.g. Oocytes shared with other patients)
? Number of oocytes/embryos cryopreserved
Additional fields responsive to this request are noted in the Federal Register, although this may
not be a comprehensive list.3
Please provide a data dictionary that describes each of the fields in the database.
Please note that we are NOT requesting data that could be used to identify individual people.
Researchers who have worked with this data have told us that the database is focused on
cycles and does not contain any personally identifiable information.

We are administratively closing your request because you agreed to work directly with Division
of  Reproductive Health to obtain releasable data that can be furnished outside of the FOIA
process.

You may contact our FOIA Public Liaison, Bruno Viana, at 770-488-6246 to discuss any aspect
of your request. Additionally, you may contact the Office of Government Information Services
(OGIS) at the National Archives and Records Administration to inquire about the FOIA
mediation services they offer. The contact information for OGIS is as follows: Office of
Government Information Services, National Archives and Records Administration, 8601 Adelphi
Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-
741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
(770) 488-6399
Fax: (404) 235-1852

24-00809-FOIA

**Exhibit 5**

**From:** Kendall Taggart (BLOOMBERG/ NEWSROOM/) <ktaggart4@bloomberg.net>
**Sent:** Thursday, May 2, 2024 4:03 PM
**To:** Hohl, Ryan (CDC/OCOO/OD) <uls9@cdc.gov>
**Cc:** Spencer, Laura (CDC/OCOO/OD) <vbx0@cdc.gov>
**Subject:** Re:Your CDC FOIA Request #24-00809-FOIA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I formally appeal the decision to administratively close my request. This was improper.

I have had an initial conversation with the Division of Reproductive Health, but did not agree to close my request at this point.

I ask that my FOIA request be re-opened while negotiations with the Division of Reproductive Health are ongoing. Please place this request in the queue in the same place it would have been processed before it was improperly closed.

Please confirm receipt.

Thank you,

Kendall

---

Kendall Taggart
Reporter, Bloomberg News


From: uls9@cdc.gov At: 04/23/24 11:32:38 UTC-7:00
To: Kendall Taggart (BLOOMBERG/ NEWSROOM/ )
Subject: Your CDC FOIA Request #24-00809-FOIA


April 23, 2024

Request Number: 24-00809-FOIA

Dear Ms. Taggart:

**Exhibit 6**

From: KENDALL TAGGART, BLOOMBERG/ NEWSROOM/ SAN FRANCISCO
To: uls9@cdc.gov
Subject: Re:Your CDC FOIA Request #24-00809-FOIA
Date: 05/06, 2024 09:35:04

Thank you!

..........................................................................................................................................................

Kendall Taggart
Reporter, Bloomberg News

From: uls9@cdc.gov At: 05/03/24 06:44:55 UTC-7:00
To:  Kendall Taggart (BLOOMBERG/ NEWSROOM/ )
Subject: RE: [VACN AUTORESPONSE] RE: Re:Your CDC FOIA Request #24-00809-FOIA

    Good morning,

    We have re-opened your request.

    Thank you,

    Ryan Hohl, J.D.
    Government Information Specialist
    Freedom of Information Act (FOIA) Office
    Office of the Chief Operating Officer (OCOO)
    404-639-5033 (office)
    uls9@email@cdc.gov

    -----Original Message-----
    From: Kendall Taggart (BLOOMBERG/ NEWSROOM/) <ktaggart4@bloomberg.net>
    Sent: Friday, May 3, 2024 7:34 AM
    Subject: Re: [VACN AUTORESPONSE] RE: Re:Your CDC FOIA Request #24-00809-FOIA

    CAUTION: This email originated from outside of the organization. Do not click
    links or open attachments unless you recognize the sender and know the content
    is safe.
    _____

    Hello,

    I'm out of the office and may be slow to respond. I'll circle back next week
    whe n I return.

    If it's urgent, please reach out on WhatsApp or Signal.

    Best,

    Kendall

**Exhibit 7**

## NASS INFORMATION REQUEST

| | |
|---|---|
| **Date requested:** | May 8, 2024 |
| **Requested by:** | |
| Name | Kendall Taggart |
| Email | ktaggart4@bloomberg.net |
| Phone | 617.851.1379 |
| Institution | Bloomberg News |
| Mailing Address | |

## REQUESTED INFORMATION

**Provided by:**

ART Surveillance and Research Team
Division of Reproductive Health
Centers for Disease Control and Prevention
4770 Buford Highway, Mailstop S107-2, Atlanta, GA 30341

**Methods:**

The National ART Surveillance System (NASS) is a cycle-based reporting system for all assisted reproductive technology (ART) cycles in the US. We used NASS data to prepare three tables:

**Table 1.** Reported Complications of Ovarian Stimulation or Oocyte Retrieval for Cycles with Intent to Transfer by Egg or Embryo Source and Clinic, 2017-2021.

a. Provided complication rate per 10,000 ART cycles with intent to transfer for each clinic to facilitate comparisons across clinics of different sizes. The numerator for the complication rate is the number of complications reported for each cycle type and the denominator is the number of ART cycles for each cycle type. This value is multiplied by 10,000. For example, if a clinic has 1,000 donor cycles with intent to transfer an embryo and there were 15 complications reported within those 1,000 cycles, then the rate per 10,000 cycles would be 150.00.

b. Complication is defined as any complication related to ovarian stimulation or oocyte retrieval, which includes but is not limited to infection, hemorrhage requiring transfusion, ovarian hyperstimulation requiring intervention or hospitalization, moderate ovarian hyperstimulation, medication side effect, anesthetic complication, thrombosis, death of patient, and other. Complications are collected for both fresh and frozen cycles.

c. Data are stratified by egg or embryo source (donor, patient).

d. Each reported clinic is represented by a randomly assigned clinic identification number to preserve confidentiality.

e. Limited to clinics with all 5 years of reported data and clinics that had both donor and patient cycles.

f. Both fresh and frozen cycles are included; banking cycles are excluded.

**Table 2.** Reported Complications for ART Cycles with Intent to Transfer by Egg or Embryo Source and by Year, 2012-2021.

a. Provided aggregated complication rates per 10,000 ART cycles.

b. Stratified by egg or embryo source (donor, patient).
c. Provided number of ART cycles with intent to transfer. Fresh and frozen cycles are included; banking cycles are excluded.
d. Provided complication rate if any complication was reported. Complications are reported for both fresh and frozen cycles.
e. Provided complication rate by subcategories (infection, hemorrhage requiring transfusion, ovarian hyperstimulation requiring intervention or hospitalization, moderate ovarian hyperstimulation, medication side effect, anesthetic complication, thrombosis, death of patient, and other).
f. Data collection fields for reporting of complications changed between 2015 and 2016:
   • 2012 to 2015: definition includes any complications related to ART.
   • 2016 to 2021: definition includes complications related to ovarian stimulation or oocyte retrieval.
g. Included clinics with at least one year of data during the time period.


**Table 3.** Non-US Residency among Cycles with Intent to Transfer by Egg or Embryo Source and by Year, 2012-2021.
a. Provided the total number of ART cycles with intent to transfer.
b. Provided percentage of ART cycles that were performed among non-US residents.
c. Stratified by egg or embryo source (patient, donor).
d. Excluded cycles with missing country of residence.
e. Both fresh and frozen cycles are included; banking cycles are excluded.
f. Residency is based on intended parent, not donor residence.


## Considerations:

These data represent reported complications, which may be underreported. There may be variation in reporting practices by clinics.


## Citation:

Since these numbers are unpublished (neither from CDC's ART annual report nor MMWR), we recommend using the following citation for all reports, manuscripts, and publications, per the AMA author's guide:

*"Analyses of the National ART Surveillance System (NASS) data. Written communication with the Division of Reproductive Health, National Center for Chronic Disease Prevention and Health Promotion, Centers for Disease Control and Prevention, June 5, 2024."*

**Table 1. Reported Complications\* of Ovarian Stimulation or Oocyte Retrieval for Cycles with Intent to Transfer by Egg or Embryo Source and by Clinic\*, 2017-2021.**

| Randomly assigned clinic ID | Complication rate/10,000 ART cycles | | |
|---|---|---|---|
| | ART cycles that used donor eggs or embryos | ART cycles that used patient eggs or embryos | All ART cycles with the intent to transfer |
| 99998 | 0.00 | 84.51 | 79.26 |
| 99932 | 0.00 | 26.51 | 26.05 |
| 98998 | 0.00 | 45.18 | 39.46 |
| 98547 | 0.00 | 10.06 | 9.22 |
| 98514 | 0.00 | 15.55 | 14.42 |
| 98489 | 0.00 | 63.20 | 55.08 |
| 98397 | 0.00 | 85.11 | 29.07 |
| 98066 | 0.00 | 27.25 | 18.76 |
| 97836 | 0.00 | 18.59 | 17.51 |
| 97513 | 0.00 | 25.51 | 23.60 |
| 97305 | 0.00 | 29.18 | 27.59 |
| 96913 | 0.00 | 34.59 | 29.60 |
| 96703 | 0.00 | 34.26 | 30.60 |
| 96634 | 0.00 | 107.38 | 106.81 |
| 96226 | 35.25 | 113.81 | 108.62 |
| 96197 | 0.00 | 0.00 | 0.00 |
| 96056 | 0.00 | 26.01 | 24.04 |
| 94963 | 0.00 | 0.79 | 0.71 |
| 94115 | 0.00 | 1.79 | 1.64 |
| 93991 | 0.00 | 11.28 | 9.89 |
| 93959 | 23.42 | 6.67 | 8.12 |
| 93923 | 0.00 | 23.98 | 23.04 |
| 93827 | 0.00 | 0.00 | 0.00 |
| 93744 | 0.00 | 0.00 | 0.00 |
| 93348 | 0.00 | 140.56 | 132.70 |
| 93220 | 0.00 | 0.00 | 0.00 |
| 93111 | 0.00 | 80.65 | 75.90 |
| 91978 | 0.00 | 353.98 | 337.55 |
| 91756 | 0.00 | 56.16 | 52.47 |
| 91605 | 0.00 | 6.64 | 5.73 |
| 91435 | 0.00 | 14.47 | 13.87 |
| 90901 | 0.00 | 10.36 | 9.38 |
| 90642 | 0.00 | 0.00 | 0.00 |
| 90617 | 9.63 | 0.00 | 8.26 |
| 90477 | 0.00 | 0.00 | 0.00 |
| 90413 | 0.00 | 78.25 | 67.20 |
| 90192 | 0.00 | 0.00 | 0.00 |
| 89948 | 0.00 | 0.00 | 0.00 |
| 89583 | 0.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| 89113 | 0.00 | 2.52 | 2.36 |
| 88967 | 0.00 | 0.00 | 0.00 |
| 88918 | 47.39 | 193.86 | 172.53 |
| 88609 | 0.00 | 15.47 | 13.67 |
| 88506 | 0.00 | 0.00 | 0.00 |
| 88226 | 0.00 | 25.14 | 21.08 |
| 88163 | 0.00 | 0.00 | 0.00 |
| 88108 | 0.00 | 0.00 | 0.00 |
| 87934 | 0.00 | 0.00 | 0.00 |
| 87869 | 0.00 | 0.00 | 0.00 |
| 87040 | 0.00 | 19.05 | 17.33 |
| 86867 | 0.00 | 63.19 | 57.68 |
| 86167 | 0.00 | 24.10 | 22.08 |
| 85963 | 0.00 | 0.00 | 0.00 |
| 85881 | 0.00 | 8.33 | 7.63 |
| 85758 | 0.00 | 26.14 | 24.02 |
| 84709 | 0.00 | 0.00 | 0.00 |
| 84655 | 0.00 | 13.08 | 12.50 |
| 84650 | 0.00 | 0.00 | 0.00 |
| 84645 | 0.00 | 76.09 | 65.16 |
| 84202 | 0.00 | 0.00 | 0.00 |
| 84000 | 0.00 | 14.39 | 13.46 |
| 83751 | 0.00 | 13.51 | 11.24 |
| 83660 | 270.27 | 229.01 | 232.56 |
| 83239 | 0.00 | 3.87 | 3.44 |
| 83041 | 0.00 | 0.00 | 0.00 |
| 82991 | 0.00 | 0.00 | 0.00 |
| 82845 | 0.00 | 26.12 | 21.51 |
| 82584 | 0.00 | 0.00 | 0.00 |
| 81298 | 0.00 | 70.09 | 65.08 |
| 80888 | 0.00 | 0.00 | 0.00 |
| 80531 | 0.00 | 26.60 | 24.36 |
| 79973 | 22.37 | 7.74 | 9.25 |
| 79749 | 0.00 | 13.57 | 12.20 |
| 79311 | 0.00 | 92.00 | 84.32 |
| 79087 | 0.00 | 0.00 | 0.00 |
| 78889 | 0.00 | 8.49 | 7.49 |
| 78856 | 0.00 | 6.89 | 6.44 |
| 78405 | 0.00 | 17.18 | 16.94 |
| 77897 | 0.00 | 0.00 | 0.00 |
| 77808 | 35.34 | 0.00 | 5.72 |
| 77698 | 0.00 | 99.90 | 85.47 |
| 77617 | 38.76 | 65.70 | 63.49 |
| 77544 | 0.00 | 7.57 | 6.76 |
| 77463 | 0.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| 77439 | 0.00 | 17.23 | 15.87 |
| 76951 | 0.00 | 0.00 | 0.00 |
| 76631 | 0.00 | 8.12 | 7.49 |
| 76560 | 0.00 | 4.90 | 4.46 |
| 75560 | 0.00 | 6.07 | 5.60 |
| 75346 | 0.00 | 35.06 | 31.75 |
| 75343 | 0.00 | 70.03 | 60.24 |
| 75338 | 0.00 | 0.00 | 0.00 |
| 75232 | 0.00 | 58.48 | 51.90 |
| 74869 | 14.01 | 14.70 | 14.61 |
| 74574 | 0.00 | 19.61 | 16.95 |
| 73938 | 0.00 | 0.00 | 0.00 |
| 73250 | 0.00 | 65.86 | 59.75 |
| 72612 | 0.00 | 0.00 | 0.00 |
| 72587 | 0.00 | 16.09 | 14.48 |
| 72549 | 0.00 | 26.47 | 23.69 |
| 72474 | 0.00 | 51.15 | 44.44 |
| 72408 | 0.00 | 0.00 | 0.00 |
| 72352 | 0.00 | 4.46 | 4.15 |
| 72220 | 8.35 | 32.34 | 27.66 |
| 72190 | 0.00 | 6.08 | 5.70 |
| 71835 | 0.00 | 3.84 | 3.31 |
| 71730 | 0.00 | 6.65 | 6.08 |
| 71700 | 0.00 | 3.48 | 3.30 |
| 71400 | 0.00 | 8.73 | 8.29 |
| 70890 | 114.94 | 0.00 | 30.58 |
| 70806 | 0.00 | 9.69 | 8.38 |
| 70508 | 0.00 | 1.30 | 1.21 |
| 70353 | 0.00 | 0.00 | 0.00 |
| 70149 | 0.00 | 5.28 | 5.02 |
| 69995 | 0.00 | 14.25 | 12.71 |
| 69741 | 0.00 | 71.43 | 59.88 |
| 69711 | 0.00 | 45.15 | 40.60 |
| 69554 | 0.00 | 295.49 | 278.18 |
| 69370 | 12.66 | 14.74 | 14.48 |
| 69290 | 9.05 | 4.84 | 5.48 |
| 68625 | 0.00 | 77.92 | 66.52 |
| 68555 | 0.00 | 0.00 | 0.00 |
| 67813 | 0.00 | 8.70 | 7.91 |
| 67572 | 0.00 | 7.79 | 7.08 |
| 67496 | 0.00 | 23.97 | 21.07 |
| 67417 | 0.00 | 113.21 | 103.45 |
| 66052 | 0.00 | 97.47 | 93.11 |
| 65838 | 0.00 | 0.00 | 0.00 |
| 65529 | 0.00 | 14.68 | 13.72 |

| | | | |
|---|---|---|---|
| 65442 | 0.00 | 51.92 | 48.69 |
| 64817 | 7.91 | 18.37 | 15.67 |
| 64463 | 0.00 | 67.51 | 63.35 |
| 64423 | 0.00 | 25.06 | 23.57 |
| 63928 | 3.15 | 49.55 | 42.16 |
| 63704 | 28.17 | 65.91 | 62.68 |
| 63566 | 0.00 | 0.00 | 0.00 |
| 63152 | 13.07 | 48.84 | 31.57 |
| 63098 | 0.00 | 0.00 | 0.00 |
| 62853 | 0.00 | 43.89 | 39.88 |
| 62533 | 0.00 | 28.90 | 26.49 |
| 62201 | 0.00 | 18.27 | 15.97 |
| 61761 | 0.00 | 101.01 | 94.34 |
| 61654 | 0.00 | 41.41 | 36.70 |
| 61625 | 0.00 | 168.47 | 146.60 |
| 61319 | 0.00 | 9.86 | 8.93 |
| 61221 | 0.00 | 0.00 | 0.00 |
| 60925 | 0.00 | 11.97 | 10.50 |
| 60843 | 0.00 | 0.00 | 0.00 |
| 60803 | 0.00 | 0.00 | 0.00 |
| 60523 | 0.00 | 0.00 | 0.00 |
| 59476 | 113.64 | 64.98 | 67.61 |
| 59164 | 0.00 | 0.00 | 0.00 |
| 58962 | 0.00 | 116.70 | 115.35 |
| 58185 | 0.00 | 2.12 | 1.99 |
| 58118 | 0.00 | 5.68 | 5.21 |
| 57940 | 0.00 | 149.25 | 132.63 |
| 57686 | 0.00 | 62.56 | 55.38 |
| 57458 | 0.00 | 0.00 | 0.00 |
| 57270 | 0.00 | 86.38 | 74.20 |
| 57104 | 0.00 | 81.97 | 66.96 |
| 56888 | 0.00 | 0.00 | 0.00 |
| 56638 | 0.00 | 17.50 | 15.72 |
| 56552 | 0.00 | 0.00 | 0.00 |
| 56436 | 0.00 | 12.62 | 8.17 |
| 56110 | 0.00 | 39.37 | 32.57 |
| 55851 | 0.00 | 3.75 | 3.40 |
| 55664 | 0.00 | 0.00 | 0.00 |
| 55148 | 96.15 | 59.63 | 65.12 |
| 54755 | 0.00 | 32.52 | 26.67 |
| 54600 | 0.00 | 18.23 | 16.93 |
| 54525 | 27.78 | 6.90 | 9.21 |
| 54473 | 0.00 | 0.00 | 0.00 |
| 53771 | 0.00 | 0.00 | 0.00 |
| 53661 | 0.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| 53390 | 0.00 | 24.94 | 19.96 |
| 52719 | 35.71 | 23.24 | 24.30 |
| 52611 | 0.00 | 127.12 | 116.73 |
| 52550 | 0.00 | 30.11 | 25.76 |
| 51746 | 0.00 | 23.81 | 21.72 |
| 51690 | 0.00 | 13.56 | 7.84 |
| 51509 | 0.00 | 0.00 | 0.00 |
| 50672 | 0.00 | 26.14 | 20.26 |
| 50502 | 0.00 | 17.58 | 15.81 |
| 50214 | 0.00 | 315.13 | 281.95 |
| 49723 | 0.00 | 48.27 | 42.31 |
| 49569 | 0.00 | 0.00 | 0.00 |
| 49419 | 0.00 | 11.24 | 10.02 |
| 49394 | 0.00 | 11.37 | 10.43 |
| 49233 | 0.00 | 0.00 | 0.00 |
| 48933 | 0.00 | 15.22 | 13.77 |
| 48705 | 0.00 | 2.95 | 2.67 |
| 48545 | 0.00 | 10.59 | 9.89 |
| 48461 | 0.00 | 0.00 | 0.00 |
| 48225 | 0.00 | 0.00 | 0.00 |
| 47829 | 0.00 | 0.00 | 0.00 |
| 47634 | 0.00 | 0.00 | 0.00 |
| 47613 | 0.00 | 0.00 | 0.00 |
| 46892 | 0.00 | 50.13 | 46.19 |
| 46351 | 0.00 | 16.57 | 15.38 |
| 45596 | 0.00 | 112.36 | 103.09 |
| 45543 | 0.00 | 0.00 | 0.00 |
| 45522 | 0.00 | 0.00 | 0.00 |
| 44770 | 0.00 | 12.52 | 11.51 |
| 44386 | 0.00 | 0.00 | 0.00 |
| 44344 | 0.00 | 0.00 | 0.00 |
| 43491 | 34.01 | 33.23 | 33.30 |
| 43400 | 0.00 | 157.42 | 142.57 |
| 43113 | 0.00 | 29.67 | 29.20 |
| 42906 | 0.00 | 235.29 | 207.79 |
| 42760 | 0.00 | 0.00 | 0.00 |
| 42253 | 0.00 | 0.00 | 0.00 |
| 42249 | 0.00 | 16.04 | 14.47 |
| 42127 | 0.00 | 63.10 | 53.31 |
| 42110 | 0.00 | 3.30 | 2.82 |
| 41954 | 43.86 | 55.10 | 53.15 |
| 41802 | 0.00 | 33.87 | 28.09 |
| 41706 | 0.00 | 41.49 | 38.51 |
| 41524 | 0.00 | 0.00 | 0.00 |
| 41238 | 0.00 | 68.20 | 58.35 |

| | | | |
|---|---|---|---|
| 41010 | 0.00 | 0.00 | 0.00 |
| 40450 | 0.00 | 151.23 | 135.82 |
| 40301 | 0.00 | 0.00 | 0.00 |
| 39183 | 29.94 | 12.84 | 14.98 |
| 39128 | 0.00 | 6.65 | 6.03 |
| 39088 | 0.00 | 7.54 | 7.18 |
| 38888 | 0.00 | 0.00 | 0.00 |
| 38774 | 0.00 | 128.50 | 117.27 |
| 38685 | 0.00 | 164.41 | 148.61 |
| 38536 | 0.00 | 129.03 | 109.51 |
| 38410 | 0.00 | 9.42 | 8.93 |
| 38249 | 0.00 | 9.85 | 9.21 |
| 38131 | 0.00 | 12.87 | 10.89 |
| 38115 | 0.00 | 3.22 | 2.94 |
| 37991 | 0.00 | 4.70 | 4.44 |
| 37601 | 0.00 | 0.00 | 0.00 |
| 37580 | 0.00 | 112.99 | 108.25 |
| 37387 | 0.00 | 18.89 | 16.68 |
| 37346 | 0.00 | 7.50 | 5.95 |
| 37182 | 27.03 | 15.36 | 16.55 |
| 36864 | 0.00 | 19.03 | 17.34 |
| 36608 | 0.00 | 0.00 | 0.00 |
| 36407 | 0.00 | 0.00 | 0.00 |
| 35346 | 0.00 | 0.00 | 0.00 |
| 35321 | 0.00 | 0.00 | 0.00 |
| 35157 | 0.00 | 14.62 | 12.39 |
| 34963 | 0.00 | 889.59 | 790.77 |
| 34937 | 0.00 | 40.04 | 36.46 |
| 34880 | 0.00 | 37.07 | 34.88 |
| 34629 | 0.00 | 56.75 | 53.82 |
| 34407 | 0.00 | 0.00 | 0.00 |
| 34327 | 41.49 | 62.67 | 58.91 |
| 33968 | 0.00 | 89.75 | 76.82 |
| 33820 | 0.00 | 272.73 | 241.55 |
| 33752 | 0.00 | 83.73 | 74.47 |
| 33341 | 0.00 | 37.59 | 34.90 |
| 33216 | 0.00 | 0.00 | 0.00 |
| 33045 | 0.00 | 0.00 | 0.00 |
| 32981 | 0.00 | 85.06 | 81.05 |
| 32548 | 0.00 | 0.00 | 0.00 |
| 32508 | 0.00 | 13.10 | 11.85 |
| 32486 | 10.78 | 60.19 | 53.03 |
| 32307 | 0.00 | 13.39 | 11.37 |
| 32186 | 0.00 | 0.00 | 0.00 |
| 32061 | 0.00 | 31.25 | 28.94 |

| | | | |
|---|---|---|---|
| 31455 | 12.79 | 9.83 | 10.43 |
| 31115 | 0.00 | 0.00 | 0.00 |
| 30954 | 0.00 | 25.27 | 21.92 |
| 30846 | 0.00 | 253.16 | 163.67 |
| 30804 | 0.00 | 10.50 | 9.89 |
| 30557 | 0.00 | 23.38 | 21.58 |
| 30498 | 0.00 | 17.44 | 15.51 |
| 30492 | 0.00 | 0.00 | 0.00 |
| 30485 | 0.00 | 19.99 | 18.77 |
| 30462 | 0.00 | 41.05 | 36.71 |
| 30189 | 0.00 | 0.00 | 0.00 |
| 29863 | 0.00 | 109.44 | 99.38 |
| 29796 | 0.00 | 15.15 | 14.47 |
| 29696 | 0.00 | 0.00 | 0.00 |
| 29300 | 13.18 | 51.43 | 46.60 |
| 29150 | 0.00 | 49.41 | 44.33 |
| 28977 | 0.00 | 9.14 | 7.85 |
| 28558 | 0.00 | 36.17 | 34.19 |
| 28517 | 0.00 | 4.23 | 3.73 |
| 28124 | 0.00 | 20.02 | 18.50 |
| 27618 | 0.00 | 53.14 | 47.69 |
| 26653 | 0.00 | 0.00 | 0.00 |
| 26148 | 0.00 | 15.63 | 14.10 |
| 26124 | 0.00 | 11.49 | 10.68 |
| 25993 | 0.00 | 13.08 | 10.85 |
| 25838 | 0.00 | 0.00 | 0.00 |
| 25735 | 0.00 | 0.00 | 0.00 |
| 25374 | 0.00 | 52.51 | 48.51 |
| 25288 | 0.00 | 178.57 | 162.69 |
| 25110 | 0.00 | 0.00 | 0.00 |
| 24952 | 0.00 | 11.16 | 10.17 |
| 24767 | 0.00 | 18.44 | 16.67 |
| 24658 | 0.00 | 25.45 | 22.30 |
| 24361 | 0.00 | 0.00 | 0.00 |
| 24332 | 0.00 | 0.00 | 0.00 |
| 24078 | 0.00 | 14.32 | 12.55 |
| 23688 | 0.00 | 16.72 | 15.42 |
| 23618 | 0.00 | 0.00 | 0.00 |
| 23207 | 0.00 | 80.00 | 73.30 |
| 22241 | 0.00 | 0.00 | 0.00 |
| 21996 | 0.00 | 29.98 | 26.23 |
| 21274 | 0.00 | 27.70 | 24.97 |
| 21264 | 0.00 | 170.45 | 158.45 |
| 21224 | 0.00 | 2.67 | 1.91 |
| 21174 | 0.00 | 16.81 | 14.12 |

| | | | |
|---|---|---|---|
| 21032 | 0.00 | 0.00 | 0.00 |
| 20814 | 0.00 | 30.98 | 28.75 |
| 19818 | 0.00 | 26.46 | 24.69 |
| 19601 | 0.00 | 42.25 | 40.82 |
| 19471 | 0.00 | 0.00 | 0.00 |
| 19342 | 15.31 | 39.50 | 35.85 |
| 18787 | 0.00 | 7.92 | 7.07 |
| 18537 | 0.00 | 3.47 | 2.95 |
| 18201 | 0.00 | 0.00 | 0.00 |
| 17934 | 0.00 | 26.54 | 24.05 |
| 17828 | 0.00 | 14.44 | 13.68 |
| 17576 | 0.00 | 0.00 | 0.00 |
| 17389 | 0.00 | 0.00 | 0.00 |
| 16267 | 0.00 | 15.54 | 13.81 |
| 15959 | 0.00 | 17.65 | 16.52 |
| 15881 | 0.00 | 0.00 | 0.00 |
| 15659 | 0.00 | 0.00 | 0.00 |
| 15622 | 0.00 | 123.46 | 119.90 |
| 15357 | 0.00 | 183.91 | 177.78 |
| 14681 | 0.00 | 0.00 | 0.00 |
| 14522 | 0.00 | 155.96 | 142.61 |
| 14238 | 0.00 | 0.00 | 0.00 |
| 14190 | 0.00 | 16.50 | 11.45 |
| 13816 | 0.00 | 228.43 | 215.57 |
| 13643 | 0.00 | 31.67 | 29.25 |
| 13580 | 0.00 | 29.44 | 27.11 |
| 13438 | 0.00 | 35.97 | 32.72 |
| 13196 | 0.00 | 144.40 | 140.85 |
| 13132 | 0.00 | 23.62 | 19.38 |
| 12509 | 0.00 | 31.29 | 28.80 |
| 12393 | 0.00 | 98.71 | 92.24 |
| 11525 | 0.00 | 0.00 | 0.00 |
| 11442 | 0.00 | 23.92 | 21.79 |
| 11397 | 0.00 | 14.54 | 13.53 |
| 10711 | 0.00 | 0.00 | 0.00 |
| 10686 | 0.00 | 18.85 | 16.85 |
| 10631 | 0.00 | 17.60 | 16.18 |
| 10302 | 0.00 | 84.46 | 84.32 |
| 9798 | 15.90 | 23.70 | 22.84 |
| 9756 | 0.00 | 0.00 | 0.00 |
| 9659 | 0.00 | 31.07 | 26.33 |
| 9403 | 0.00 | 151.52 | 134.53 |
| 9024 | 0.00 | 315.79 | 283.02 |
| 8899 | 0.00 | 0.00 | 0.00 |
| 8591 | 0.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| 8355 | 0.00 | 13.62 | 12.60 |
| 8339 | 0.00 | 0.00 | 0.00 |
| 8027 | 0.00 | 107.99 | 98.43 |
| 7542 | 0.00 | 0.00 | 0.00 |
| 7429 | 0.00 | 8.13 | 7.33 |
| 7348 | 0.00 | 129.80 | 116.28 |
| 7039 | 0.00 | 39.06 | 35.95 |
| 6631 | 0.00 | 14.22 | 12.26 |
| 6393 | 0.00 | 9.61 | 8.66 |
| 5857 | 0.00 | 0.00 | 0.00 |
| 5763 | 0.00 | 0.00 | 0.00 |
| 5647 | 0.00 | 9.27 | 7.76 |
| 5606 | 0.00 | 117.65 | 112.83 |
| 5534 | 0.00 | 0.00 | 0.00 |
| 5481 | 32.05 | 23.20 | 23.85 |
| 5219 | 0.00 | 60.51 | 59.44 |
| 4253 | 0.00 | 0.00 | 0.00 |
| 4071 | 0.00 | 0.00 | 0.00 |
| 3731 | 0.00 | 19.59 | 18.23 |
| 3497 | 0.00 | 148.81 | 134.47 |
| 3148 | 0.00 | 10.45 | 9.85 |
| 3120 | 0.00 | 43.45 | 40.56 |
| 3048 | 0.00 | 0.00 | 0.00 |
| 2369 | 0.00 | 0.00 | 0.00 |
| 2003 | 0.00 | 56.50 | 52.23 |
| 1833 | 0.00 | 6.48 | 5.96 |
| 1284 | 0.00 | 6.83 | 6.13 |
| 1280 | 0.00 | 16.67 | 14.25 |
| 1004 | 0.00 | 18.96 | 17.01 |
| 984 | 0.00 | 0.00 | 0.00 |
| 898 | 0.00 | 23.78 | 21.65 |
| 452 | 0.00 | 15.42 | 14.05 |
| **Total** | **3.07** | **32.20** | **28.54** |

*Limited to clinics with all 5 years of data and clinics with both donor and patient cycles reported.

**Table 2. Reported Complications\* for ART Cycles with Intent to Transfer by Egg or Embryo Source and by Year, 2012-2021.**

| Reporting Year | Number of cycles | Complication rate/10,000 ART cycles | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Any complications | Infection | Hemorrhage requiring transfusion | Ovarian hyperstimulation requiring intervention or hospitalization | Moderate ovarian hyperstimulation | Medication side effect | Anesthetic complication | Thrombosis | Death of patient | Other |
| ART cycles that used donor eggs or embryos | | | | | | | | | | | |
| 2012 | 19847 | 28.72 | 0.50 | 0.50 | 0.50 | 3.53 | 2.02 | 0.00 | Not Collected | 0.50 | 19.65 |
| 2013 | 19988 | 30.02 | 1.50 | 2.00 | 0.00 | 4.50 | 0.50 | 0.00 | Not Collected | 1.00 | 19.01 |
| 2014 | 20481 | 26.85 | 2.93 | 4.39 | 1.46 | 2.93 | 1.46 | 1.46 | Not Collected | 2.93 | 10.74 |
| 2015 | 21182 | 16.52 | 1.42 | 0.94 | 0.00 | 0.47 | 1.42 | 0.00 | Not Collected | 1.42 | 10.39 |
| 2016 | 25390 | 14.18 | 1.18 | 0.39 | 1.97 | 6.30 | 0.79 | 0.00 | 0.00 | 0.79 | 2.76 |
| 2017 | 25321 | 5.13 | 0.39 | 0.79 | 0.39 | 1.58 | 0.39 | 0.39 | 0.00 | 0.00 | 0.79 |
| 2018 | 27240 | 2.57 | 0.00 | 0.00 | 0.00 | 1.47 | 0.37 | 0.00 | 0.00 | 0.00 | 0.73 |
| 2019 | 27131 | 2.95 | 0.00 | 0.37 | 0.00 | 1.84 | 0.37 | 0.37 | 0.00 | 0.00 | 0.00 |
| 2020 | 24040 | 1.25 | 0.00 | 0.00 | 0.42 | 0.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2021 | 28252 | 3.54 | 0.00 | 0.00 | 0.00 | 3.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 |
| ART cycles that used patient eggs or embryos | | | | | | | | | | | |
| 2012 | 137815 | 99.19 | 0.87 | 1.96 | 17.56 | 54.64 | 0.80 | 0.51 | Not Collected | 0.36 | 17.56 |
| 2013 | 140566 | 99.38 | 1.21 | 1.85 | 14.58 | 60.47 | 1.85 | 0.78 | Not Collected | 0.28 | 15.37 |
| 2014 | 149121 | 81.08 | 1.21 | 1.61 | 11.80 | 49.96 | 1.41 | 0.20 | Not Collected | 0.60 | 14.22 |
| 2015 | 160972 | 55.35 | 1.18 | 1.99 | 8.32 | 32.06 | 1.62 | 0.25 | Not Collected | 0.62 | 9.75 |
| 2016 | 171081 | 64.53 | 0.47 | 0.94 | 32.56 | 24.49 | 0.47 | 0.23 | 0.06 | 0.18 | 5.26 |
| 2017 | 171133 | 54.34 | 0.70 | 0.58 | 22.79 | 25.77 | 0.29 | 0.29 | 0.35 | 0.06 | 3.86 |
| 2018 | 175879 | 42.36 | 0.23 | 0.34 | 22.00 | 16.03 | 0.11 | 0.17 | 0.23 | 0.00 | 3.53 |
| 2019 | 182556 | 28.27 | 0.27 | 0.22 | 11.50 | 13.26 | 0.05 | 0.16 | 0.00 | 0.05 | 2.74 |
| 2020 | 179124 | 27.47 | 0.28 | 0.50 | 9.27 | 12.00 | 0.06 | 0.00 | 0.06 | 0.00 | 3.13 |
| 2021 | 217835 | 24.79 | 0.05 | 0.32 | 7.16 | 12.30 | 0.05 | 0.05 | 0.05 | 0.00 | 1.88 |

\*Complications from 2012 to 2015 were defined as any complication related to ART.

\*Complications from 2016 to 2021 were defined as any complication related to ovarian stimulation or oocyte retrieval.

**Table 3. Non-US Residency among Cycles with Intent to Transfer by Egg or Embryo Source\*and by Year, 2012-2021.**

| Reporting Year | ART cycles that used donor eggs or embryos | | ART cycles that used patient eggs or embryos | |
|---|---|---|---|---|
| | Number of cycles | Percentage of cycles among non-US residents | Number of cycles | Percentage of cycles among non-US residents |
| 2012 | 18858 | 8.1% | 136384 | 1.2% |
| 2013 | 19650 | 11.1% | 139585 | 1.4% |
| 2014 | 20251 | 11.8% | 148369 | 1.5% |
| 2015 | 20852 | 10.6% | 159832 | 1.6% |
| 2016 | 25179 | 11.3% | 170422 | 1.8% |
| 2017 | 25066 | 11.7% | 170004 | 1.6% |
| 2018 | 27101 | 12.3% | 175215 | 1.8% |
| 2019 | 26997 | 13.7% | 181909 | 2.0% |
| 2020 | 23891 | 9.5% | 178476 | 0.9% |
| 2021 | 28065 | 8.1% | 217023 | 0.6% |

\*Excludes cycles with missing country of residence. Residency is based on intended parent.



**Exhibit 8**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**          Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333
July 8, 2024

Kendall Taggart
Reporter
Bloomberg News

Dear Ms. Taggart:

This letter is our final response to your Centers for Disease Control and Prevention and Agency
for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA)
request of March 13, 2024, assigned #24-00809-FOIA, for:

We are seeking records in the CDC's possession that describe the donation of oocytes for use
in assisted reproductive technology treatments.
The records are part of the CDC's national Assisted Reproductive Technology surveillance
data.1
This request is limited to records from January 1, 2017 to the date the search for responsive
records is conducted.
Pooja Gala in the CDC Division of Media Relations confirmed that responsive records exist.
They are also described in the Federal Register.2
Specifically, we are requesting records that include but are not limited to the following fields.
For
each cycle, please provide:
? Year
? Facility/Clinic ID
? Facility Name
? Facility Address
? Oocyte Source Information
? Age
? Country of residence
? Race
? Intended Cycle Information
? Intended type of cycle (IVF, GIFT, ZIFT, Oocyte or embryo banking)
? Intended Oocyte Source (Patient, Donor)
? Cycle Information
? Type of Cycle (IVF, GIFT, ZIFT, Oocyte or embryo banking)
? Embryo Source (Patient, Donor)
? Patient History
? Height

Page 2 -- Kendall Taggart

? Weight
? History of Prior ART (Fresh & Frozen)
? Maximum FSH Level (mIU/mL)
? Recent AMH Level (ng/mL)
? Date of most recent AMH Level
? Details of Stimulation and Retrieval
? Stimulation protocol (e.g. use of hCG medication, GnRH agonist suppression,
GnRH antagonist suppression, etc.)
? manipulations with oocytes/embryos;
? cycle cancellation and reason (if applicable)
? complications (if applicable)
? Number of patient oocytes retrieved
? Number of donor oocytes retrieved
? Use of oocytes (e.g. Oocytes shared with other patients)
? Number of oocytes/embryos cryopreserved

We have administratively closed your request because you previously agreed to work directly with program staff to obtain data. You may re-submit this request if you feel the data you received is insufficient to satisfy your request. However, as a reminder and as previously discussed, virtually all data on this topic is precluded from release under FOIA. Therefore, as before, we continue to believe working with the program is the best option to obtain any data.

You may contact our FOIA Public Liaison, Bruno Viana, at 770-488-6246 to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with the response to this request, you may file your appeal with the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, via the online portal at https://requests.publiclink.hhs.gov/App/Index.aspx. Your appeal must be electronically transmitted by October 9, 2024.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
(770) 488-6399
Fax: (404) 235-1852

Page 3 -- Kendall Taggart

24-00809-FOIA

**Exhibit 9**

Appeal - 2024-00283-A-PHS    Create Appeal ✉ Inbox (0) ✈ Compose Message 🔔 Sent Messages Withdraw Request ← Back

---

**Requester Details**

To modify request details please update your requester profile or contact the our office for assistance.

**Ms. Kendall Taggart**
Reporter

ktaggart4@bloomberg.net

Requester Default Category: News Media

---

**Appeal Details**

Date Requested          09/20/2024
Status                  In Process

---

**General Information**

Office of the Secretary (OS) Appeals include: Appeals related to requests sent to/processed by: OS (Excluding OASH), OIG, ACL, and ACF

Public Health Services (PHS) Appeals include: Appeals related to requests sent to/processed by: CDC, NIH, HRSA, SAMHSA, IHS, AHRQ, OASH, PSC

Action Office          | Public Health Service ▾ |

Appeal Type            | Appeal ▾ |

1) Please identify the Operating Division of the original FOIA request, and
2) Provide the original FOIA request number

FOIA Reference No.     | |

Delivery Mode          | E-mail ▾ |

---

**Appeal Information**

Your Appeal description must include the **name of the agency who processed the original request** and **request number**.*
(*Examples: OIG 2014-1025 or OS 2013-00055-FOIA-OS*)

Description

> Improper closure // 24-00809-FOIA
>
> To Whom It May Concern,

Date Range for Record
Search:
From(mm/dd/yyyy)       | |          To          | |
                                   (mm/dd/yyyy)

Description Document   📎 Add Attachment

Privacy Policy

Improper closure // 24-00809-FOIA

To Whom It May Concern,

I appeal the CDC's decision to close my request (24-00809-FOIA) dated July 8, 2024 in its totality.

The CDC's decision to administratively close my request, assigned #24-00809-FOIA, because we previously agreed to work directly with program staff to obtain data is improper.

While we agreed to work directly with program staff to obtain data, we did not agree to waive our right to pursue records potentially responsive to our existing request, and we do not wish to do so now.

Furthermore, the data that CDC provided was limited in scope, and didn't satisfy our initial request.  The data the agency provided was done so in an information-sharing process that fell outside the scope of our formal FOIA request.

Finally, the agency failed to cite the foreseeable harm, as required under the 2016 FOIA requirements, that would be harmed if the data we requested was disclosed.

In conclusion, I ask that my FOIA request be immediately re-opened. Please place this request in the queue in the same place it would have been processed before it was improperly closed.

As provided in the Freedom of Information Act, I will expect to receive a reply to this administrative appeal letter within twenty working days. I reserve the right to seek relief in US District Court should I receive an adverse decision on my appeal.

Please do not hesitate to contact me if you have any questions concerning this appeal.

Thank you,

Kendall

REQUEST:
We are seeking records in the CDC's possession that describe the donation of oocytes for use
in assisted reproductive technology treatments.
The records are part of the CDC's national Assisted Reproductive Technology surveillance data.1
This request is limited to records from January 1, 2017 to the date the search for responsive records is conducted.
Pooja Gala in the CDC Division of Media Relations confirmed that responsive records exist. They are also described in the Federal Register.2

Specifically, we are requesting records that include but are not limited to the following fields. For

each cycle, please provide:

? Year
? Facility/Clinic ID
? Facility Name
? Facility Address
? Oocyte Source Information
? Age
? Country of residence
? Race
? Intended Cycle Information
? Intended type of cycle (IVF, GIFT, ZIFT, Oocyte or embryo banking)
? Intended Oocyte Source (Patient, Donor)
? Cycle Information
? Type of Cycle (IVF, GIFT, ZIFT, Oocyte or embryo banking)
? Embryo Source (Patient, Donor)
? Patient History
? Height
? Weight
? History of Prior ART (Fresh & Frozen)
? Maximum FSH Level (mIU/mL)
? Recent AMH Level (ng/mL)
? Date of most recent AMH Level
? Details of Stimulation and Retrieval
? Stimulation protocol (e.g. use of hCG medication, GnRH agonist suppression, GnRH antagonist suppression, etc.)
? manipulations with oocytes/embryos;
? cycle cancellation and reason (if applicable)
? complications (if applicable)
? Number of patient oocytes retrieved
? Number of donor oocytes retrieved
? Use of oocytes (e.g. Oocytes shared with other patients)
? Number of oocytes/embryos cryopreserved

**Exhibit 10**

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

**Case No. 2024-00283-A-PHS**

**September 24, 2024**

Ms. Kendall Taggart

Sent via email: ktaggart4@bloomberg.net

Dear Ms. Taggart:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) appeal, which was submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division. We received your appeal on September 20, 2024. It challenges the administrative closure of request 24-00809-FOIA by the Centers for Disease Control and Prevention (CDC). We assigned your appeal the tracking number above based on when it was received in this office. Please refer to this number on any future correspondence.

Pursuant to 5 U.S.C. § 552(a)(6)(B)(i) and 5 U.S.C. § 552(a)(6)(B)(iii) of the FOIA and 45 C.F.R. § 5.24(f) of the HHS FOIA regulations, your appeal falls under "unusual circumstances" in that our office will need to consult with another office or agency that has substantial interest in the determination of the appeal. The actual processing time will depend on the complexity of the issues presented in the appeal and consultation with other U.S. Department of Health and Human Services (HHS) components involved.

Each appeal is handled on a first-in, first-out basis in relation to the other open appeals in the processing queue.  Currently, there are approximately 550 open appeals in the processing queue. For more information about how your appeal will be processed please refer to the HHS FOIA regulations (https://www.federalregister.gov/documents/2016/10/28/2016-25684/freedom-of-information-regulations).

As a final note, if you are not already submitting your appeals through our Public Access Link (PAL), we recommend all future appeals be submitted through PAL - https://requests.publiclink.hhs.gov/. Submitting appeals through PAL automatically logs your appeal into our tracking system and provides you with a tracking number. Your PAL account will allow you to track the progress of your appeal, receive your response directly through the portal, and securely submit privacy-sensitive or business-sensitive documents.

If you have any questions, please email us at foiarequest@psc.hhs.gov.

Sincerely yours,

*Alesia Y. Williams*

Alesia Y. Williams
Director, FOIA Appeals and Litigations
FOI/Privacy Acts Division